# IN THE UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA (BATON ROUGE)

| | |
|---|---|
| **WASHINGTON-ST. TAMMANY ELECTRIC COOPERATIVE, INC.**, and **CLAIBORNE ELECTRIC COOPERATIVE, INC.**, | **CIVIL ACTION** |
| Plaintiffs, | **CASE NO.: 3:17-cv-00405-JWD-RLB** |
| **versus** | **JUDGE: JOHN W. DEGRAVELLES** |
| **LOUISIANA GENERATING LLC**, | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| Defendant. | |

## LOUISIANA GENERATING LLC'S
## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant Louisiana Generating LLC ("LaGen"), who files the following Supplemental Corporate Disclosure Statement in accordance with Federal Rule of Civil Procedure 7.1(b)(2):

1.

All (100%) of the member units of Louisiana Generating LLC are owned by South Central Generating LLC.

2.

All (100%) of the member units of South Central Generating LLC are owned by Cleco Cajun LLC.

3.

All (100%) of the member units of Cleco Cajun LLC are owned by Cleco Corporate Holdings LLC.

19624596_1

4.

All (100%) of the member units of Cleco Corporate Holdings LLC are owned by Cleco Group LLC.

5.

All (100%) of the member units of Cleco Corporate Group LLC are owned by Cleco Partners L.P.

Respectfully submitted:

*/s/ R. Benn Vincent, Jr.*
James P. Doré (#5021)
(jim.dore@keanmiller.com)
Linda S. Akchin (#17904)
linda.akchin@keanmiller.com)
R. Benn Vincent, Jr. (#28793)
(benn.vincent@keanmiller.com)
William L. Caughman III (#22298)
(bill.caughman@keanmiller.com)
Matthew B. Smith (#35330)
(matthew.smith@keanmiller.com)
Lauren J. Rucinski (#37047)
(lauren.rucinski@keanmiller.com)
**KEAN MILLER LLP**
II City Plaza
400 Convention Street, Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

*Attorneys for Louisiana Generating LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2019, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.

*/s/ R. Benn Vincent, Jr.*